# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Travis Dorvit

                          Plaintiff,

v.                                                   Case No.: 1:17−cv−01097
                                                              Honorable Thomas M. Durkin

Gary S. Winemaster, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 1, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Nominal defendant Power Solutions International, Inc.'s unopposed motion to reassign case [32] is granted. Defendant's motion to consolidate cases [32] is denied. This Court will recommend to the Executive Committee that case 18 C 2386, Martin v. Winemaster, currently assigned to Judge Blakey be reassigned to this Court's calendar. No appearance is required on 6/4/2018. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.