**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRAVIS DORVIT and MICHAEL MARTIN, Derivatively on Behalf of Nominal Defendant POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GARY S. WINEMASTER, KENNETH WINEMASTER, DANIEL P. GOREY, JAY HANSEN, ELLEN R. HOFFING, KENNETH LANDINI, MICHAEL P. LEWIS, MARY VOGT, SHAOJUN SUN, JIANG KUI, JASON LIN, LESLIE A. COOLIDGE, and FRANK P. SIMPKINS, <br><br> Defendants, <br><br> and <br><br> POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No. 1:17-cv-01097 <br><br> Honorable Thomas M. Durkin |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**SETTLEMENT**

Plaintiffs Travis Dorvit and Michael Martin, and stockholder Bruce Fisher (collectively, "Plaintiffs") respectfully move this Court unopposed for entry of the Preliminary Approval Order, which: (i) grants preliminary approval of the proposed Settlement embodied in the Stipulation of Settlement dated May 10, 2019; (ii) approves the form and content of the Notice and Summary Notice to Current PSI Stockholders; and (iii) sets a date for a hearing to consider final approval

of the Settlement.[1]

DATED: May 10, 2019    Respectfully submitted,

           **ROBBINS ARROYO LLP**
           BRIAN J. ROBBINS
           STEPHEN J. ODDO
           NICHOLE T. BROWNING

              /s/ Stephen J. Oddo
           STEPHEN J. ODDO (admitted *pro hac vice*)

           5040 Shoreham Place
           San Diego, CA 92122
           Telephone: (619) 525-3990
           Facsimile: (619) 525-3991
           E-mail: brobbins@robbinsarroyo.com
             soddo@robbinsarroyo.com
             nbrowning@robbinsarroyo.com

           CHARLES F. MORRISSEY
           **MORRISSEY & DONAHUE, LLC**
           200 East Randolph Street, Suite 5100
           Chicago, IL 60601
           Telephone: (312) 967-1200
           Facsimile: (312) 896-5959
           E-mail: cfm@morrisseydonahue.com

           *Counsel for Plaintiff Michael Martin*

DATED: May 10, 2019    **KESSLER TOPAZ MELTZER & CHECK, LLP**
           **ERIC L. ZAGAR**

              /s/ Eric L. Zagar
           ERIC L. ZAGAR (admitted *pro hac vice*)

           280 King of Prussia Road
           Radnor, PA 19087
           Telephone: (610) 667-7706
           Facsimile: (267) 948-2512

---

[1] All capitalized terms not defined herein shall have the same meanings and/or definitions as set forth in the Stipulation of Settlement dated May 10, 2019 and filed concurrently herewith as Exhibit 1 to the Declaration of Stephen J. Oddo in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

E-mail: ezagar@ktmc.com

**ZIMMERMAN LAW OFFICES, P.C.**
THOMAS A. ZIMMERMAN, JR.
77 West Washington Street, Suite 1220
Chicago, IL 60602
Telephone: (312) 440-0200
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com

**ANDREWS & SPRINGER LLC**
CRAIG J. SPRINGER
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807
Telephone: (302) 504-4957
Facsimile: (302) 397-2681
E-mail: cspringer@andrewsspringer.com

*Counsel for Plaintiff Travis Dorvit*

DATED: May 10, 2019

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL JR.

/s/ Michael I. Fistel Jr.
MICHAEL I. FISTEL JR.

40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
E-mail: michaelf@johnsonfistel.com

*Counsel for Stockholder Bruce Fisher*

1357782

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement will be served upon all counsel of record in this action via the U.S. District Court CM/ECF System on this 10th day of May 2019.

/s/ Stephen J. Oddo
STEPHEN J. ODDO