**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRAVIS DORVIT and MICHAEL MARTIN, Derivatively on Behalf of Nominal Defendant POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GARY S. WINEMASTER, KENNETH WINEMASTER, DANIEL P. GOREY, JAY HANSEN, ELLEN R. HOFFING, KENNETH LANDINI, MICHAEL P. LEWIS, MARY VOGT, SHAOJUN SUN, JIANG KUI, JASON LIN, LESLIE A. COOLIDGE, and FRANK P. SIMPKINS, <br><br> Defendants, <br><br> and <br><br> POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No. 1:17-cv-01097 <br><br> Honorable Thomas M. Durkin |

**DECLARATION OF STEPHEN J. ODDO IN SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, Stephen J. Oddo, declare:

1. I am a partner at the law firm of Robbins Arroyo LLP, counsel for plaintiff Michael Martin in the above-captioned consolidated stockholder derivative action (the "Action") brought on behalf of nominal defendant Power Solutions International, Inc.

2. I respectfully submit this Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

3. I have personal knowledge of the matters stated in this Declaration based on my active supervision of and participation in the prosecution of the Action.[1]

4. Attached hereto as Exhibit 1 is a true and correct copy of Stipulation of Settlement dated May 10, 2019.

5. Attached hereto as Exhibit 2 is a true and correct copy of *Cook v. McCullough*, No. 1:11-cv-09119, slip op. (N.D. Ill. Jan. 28, 2014).

6. Attached hereto as Exhibit 3 is a true and correct copy of *In re Koss Corporation Shareholder Derivative Litigation*, No. 10-cv-002422, Final Judgment and Order of Dismissal, slip op. (Wis. Cir. Ct. Milwaukee Cty. Sept. 19, 2011).

7. Attached hereto as Exhibit 4 is a true and correct copy of *In re Family Dollar, Inc., Shareholder Derivative Litigation*, No. 3:06-CV-00510(W), Order and Final Judgment, slip op. (W.D.N.C. Aug. 13, 2007).

8. Attached hereto as Exhibit 5 is a true and correct copy of *In re Finisar Corporation Derivative Litigation*, No. C-06-07660-RMW-HRL, []Order Approving Derivative Settlement and Order of Dismissal with Prejudice, slip op. (N.D. Cal. Oct. 28, 2013).

9. Attached hereto as Exhibit 6 is a true and correct copy of *In re Marvell*

---

[1] All capitalized terms not defined herein shall have the same definitions as set forth in the Stipulation of Settlement executed on May 10, 2019.

*Technology Group Ltd. Derivative Litigation*, No. C-06-03894-RMW(RS), Final Judgment and Order of Dismissal with Prejudice, slip op. (N.D. Cal. Aug. 11, 2009).

10. Attached hereto as Exhibit 7 is a true and correct copy of *In re F5 Networks, Inc. Derivative Litigation*, No. 2:06-cv-00794-RSL, Order and Final Judgment, slip op. (W.D. Wash. Jan. 6, 2011).

11. Attached hereto as Exhibit 8 is a true and correct copy of *In re The Cheesecake Factory Inc. Derivative Litigation*, No. CV-06-6234 ABC (MANx), Scheduling Order, slip op. (C.D. Cal. Mar. 7, 2008).

12. Attached hereto as Exhibit 9 is a true and correct copy of *Alaska Electrical Pension Fund v. Sperling, et al.*, No. 2:06-cv-02124-ROS, Order, slip op. (D. Ariz. Apr. 18, 2008).

13. Attached hereto as Exhibit 10 is a true and correct copy of *In re Finisar Corporation Derivative Litigation*, No. C-06-07660-RMW-HRL, slip op. (N.D. Cal. Aug. 15, 2013).

14. Attached hereto as Exhibit 11 is a true and correct copy of *In re Google Inc. Shareholder Derivative Litigation*, No. 4:11-cv-04248-PJH, slip op. (N.D. Cal. Nov. 6, 2014).

15. Attached hereto as Exhibit 12 is a true and correct copy of *In re Eclipsys Corporation Derivative Litigation*, No. 9:07-cv-80611-DMM, slip op. (S.D. Fla. June 12, 2008).

16. Attached hereto as Exhibit 13 is a true and correct copy of *In re Fossil, Inc. Derivative Litigation*, No. 3:06-cv-01672-F, slip op. (N.D. Tex. May 10, 2011).

17. Attached hereto as Exhibit 14 is a true and correct copy of *In re MRV Communications Inc. Derivative Litigation*, No. 2:08-cv-03800-GAF-MAN, slip op. (C.D. Cal. Apr. 8, 2013).

- 3 -

18.	Attached hereto as Exhibit 15 is a true and correct copy of *In re Abbott-Depakote Shareholder Derivative Litigation*, No. 1:11-cv-08114, slip op. (N.D. Ill. Mar. 18, 2014).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2019, in San Diego, California.

/s/ Stephen J. Oddo
STEPHEN J. ODDO

- 4 -

## CERTIFICATE OF SERVICE

    I hereby certify the foregoing Declaration of Stephen J. Oddo in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement will be served upon all counsel of record in this action via the U.S. District Court CM/ECF System on this 10th day of May 2019.

                                               /s/ Stephen J. Oddo
                                               STEPHEN J. ODDO

1357437