**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRAVIS DORVIT and MICHAEL MARTIN, Derivatively on Behalf of Nominal Defendant POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GARY S. WINEMASTER, KENNETH WINEMASTER, DANIEL P. GOREY, JAY HANSEN, ELLEN R. HOFFING, KENNETH LANDINI, MICHAEL P. LEWIS, MARY VOGT, SHAOJUN SUN, JIANG KUI, JASON LIN, LESLIE A. COOLIDGE, and FRANK P. SIMPKINS, <br><br> Defendants, <br><br> and <br><br> POWER SOLUTIONS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No. 1:17-cv-01097 <br><br> Honorable Thomas M. Durkin |

**DECLARATION OF JORGEANNE CABUHAT REGARDING POSTING OF NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF STOCKHOLDER ACTION AND <u>STIPULATION OF SETTLEMENT</u>**

I, Jorgeanne Cabuhat, being first duly sworn, state under penalty of perjury that:

1. I am an employee of Robbins Arroyo LLP (the "Firm"), counsel plaintiffs in the *Dorvit, et al. v. Winemaster, et al.*, Case No. 1:17-cv-01097.

2. Pursuant to the Order Directing Notice of Proposed Settlement to Stockholders issued by the Court on May 24, 2019 (ECF No. 88), I caused true and correct copies of the Summary Notice of Pendency and Proposed Settlement of Stockholder Action ("Summary Notice"), Notice of Pendency and Proposed Settlement of Stockholder Action (collectively with the Summary Notice, the "Notice"), and the Stipulation of Settlement ("Stipulation") to be posted on June 6, 2019 on the Firm's website. The Notice and Stipulation can be found at www.robbinsarroyo.com/notices.

3. The Notice and Stipulation have remained on the Firm's website through the date of my signature below, and will remain on the website until the Court grants final approval of settlement and the deadline to appeal any final judgment has expired.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of August, 2019, at San Diego, California.

_____
JORGEANNE CABUHAT

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I authorized the electronic filing of the foregoing DECLARATION OF JORGEANNE CABUHAT REGARDING POSTING OF NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF STOCKHOLDER ACTION AND STIPULATION OF SETTLEMENT, and all attachments thereto, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List for this action.

**ROBBINS ARROYO LLP**

By: S/ Stephen J. Oddo
Brian J. Robbins
Stephen J. Oddo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
E-mail: brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com

*Counsel for Plaintiff Michael Martin*

1369879